1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

    Attorney for Defendant
6   JUAN NAVARRO

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )   No. 1:07-mj-0058
12                  Plaintiff,         )
                                       )   APPEARANCE OF COUNSEL OF RECORD
13         v.                          )   AND DESIGNATION OF COUNSEL FOR
                                       )   SERVICE
14  JUAN NAVARRO,                      )
                                       )
15                  Defendant.         )
                                       )
16  _____)

17         TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

18         Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI,

19  paragraph B, I confirm my appearance as counsel of record in this case for JUAN NAVARRO, and

20  designate counsel for service as follows:

21                  Eric V. Kersten
                    Assistant Federal Defender
22                  2300 Tulare Street, Suite 330
                    Fresno, CA 93721-2226
23                  Telephone: 559-487-5561

24  I hereby certify that I am an attorney admitted to practice in this court.

25  Dated: March 27, 2007              /s/ Eric V. Kersten
                                       ERIC V. KERSTEN
26                                     Assistant Federal Defender
                                       Attorney for Defendant
27                                     Juan Navarro

28                  Appearance and Designation of Counsel