```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```




MAR 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ TB

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:07 - CR -  74  LJO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| Plaintiff, ) | VIOLATIONS: 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine Base/Crack; 21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base/Crack |
| v. ) | |
| JUAN NAVARRO, and MANUEL MEZA ) | |
| Defendants. ) | |

I N D I C T M E N T

COUNT ONE:  [21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine Base/Crack]

   The Grand Jury charges: T H A T

JUAN NAVARRO and
MANUEL MEZA,

defendants herein, between on or about March 9, 2007 and through and including on or about March 19, 2007, in the County of Fresno, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire with each other and with other persons, both

1

1 known and unknown to the grand jury, to distribute and possess with
2 the intent to distribute, cocaine base/crack, a Schedule II
3 controlled substance, all in violation of Title 21, United States
4 Code, Sections 846 and 841(a)(1).
5     It is further alleged that the offense alleged above involved
6 five grams or more of a mixture or substance containing cocaine
7 base/crack.
8 COUNT TWO:     [21 U.S.C. §§ 841(a)(1) - Distribution of a
               Controlled Substance, Cocaine base/crack]
9
10     The Grand Jury further charges:  T H A T
11             JUAN NAVARRO, and
                MANUEL MEZA,
12
13 defendants herein, on or about March 19, 2007, in the County of
14 Fresno, State and Eastern District of California did knowingly and
15 intentionally distribute cocaine base/crack, a Schedule II
16 controlled substance, all in violation of Title 21, United States
17 Code, Section 841(a)(1).
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  It is further alleged that the offense alleged above involved
2  five grams or more of a mixture or substance containing cocaine
3  base/crack.

A TRUE BILL

/s/ Signature on file w/AUSA

FOREPERSON

*mwA*

McGREGOR W. SCOTT
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

vs.

## JUAN NAVARRO and MANUEL MEZA

### I N D I C T M E N T

VIOLATION(S):  21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine Base/Crack; 21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base/Crack

A true bill.

_____ /s/ _____

Foreman.

Filed in open court this __29th__ day

of __March__, A.D. 20 _07_

_____ C. Schultz ____

Clerk

Bail, $ _____

**NO PROCESS NECESSARY**

_____

GPO 863 525

1: 0 7 - CR -   7 4     LD

## PENALTY SLIP

**DEFENDANT:** JUAN NAVARRO

**Count One:**
**VIOLATION:** 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine and Cocaine Base/Crack

**PENALTY:** Mandatory 5 years imprisonment; maximum 40 years imprisonment; Not more than $2,000,000 fine

**Count Two:**
**VIOLATION:** 21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base/Crack

**PENALTY:** Mandatory 5 years imprisonment; maximum 40 years imprisonment; Not more than $2,000,000 fine

1:07 - CR - 74 LJO

PENALTY SLIP

DEFENDANT:     MANUEL MEZA

**Count One:**
VIOLATION:     21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine and Cocaine Base/Crack

PENALTY:       Mandatory 5 years imprisonment; maximum 40 years imprisonment; Not more than $2,000,000 fine

**Count Two:**
VIOLATION:     21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base/Crack

PENALTY:       Mandatory 5 years imprisonment; maximum 40 years imprisonment; Not more than $2,000,000 fine

1:07-CR- 74