AO 458 (Rev. 10/95) Appearance

CLERK, U.S.
EASTERN DISTRICT C- C
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 4.1:07 ~CR-00074 LJO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Juan   Navarro
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 4-3-07

Signature

Michael G. Idiart
Print Name

66273
State Bar Number

1060 Fulton Mall #807
Address

Fresno                    CA          93721
City                                  Zip Code

(559) 442-4900
Phone Number

MGIDIART @ aol. com
E-Mail Address

☐ Appointed
☒ Retained