**MICHAEL G. IDIART 066273**
Attorney at Law
1060 Fulton Mall #807
Fresno, CA 93721
Telephone: (559) 442-4900
FAX: (559) 442-4999

Attorney for Defendant, **Juan Navarro**

# IN THE UNITED STATES DISTRICT COURT FOR

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07-CR-00074-LJO |
|---|---|---|
| Plaintiff, | ) | JOINDER IN MOTIONS OF |
| vs. | ) | CO-DEFENDANTS |
| **JUAN NAVARRO, et al,** | ) | |
| Defendants | ) | |

Defendant, **JUAN NAVARRO**, hereby joins in each and every motion heretofore filed on behalf of the co-defendants for which he has legal standing together with the points and authorities and declarations filed in support thereof.

Dated: May 11, 2007          /s/ Michael G. Idiart
                             MICHAEL G. IDIART, Attorney
                             For Defendant Juan Navarro