McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO.  1:07-CR-0074 LJO |
|                                  ) | |
|      Plaintiff,                  ) | Government's Response To |
|                                  ) | Defendant's Request For <u>Giglio</u> |
| v.                               ) | Material |
|                                  ) | |
| Juana Antunez, et al,            ) | Date: December 21, 2007 |
|                                  ) | Time: 9:00 a.m. |
|      Defendant.                  ) | Court: Hon. Lawrence J. O'Neill |
|                                  ) | |

    The government does not object to the defendant's request.  In the event that the government presents a cooperating witness, the government will disclose any benefits provided to the cooperator, as well as any prior felony convictions, and any misdemeanor convictions related to credibility.  This information will be provided no later than the Thursday prior to trial.

    At the present time, the government does not plan to present any evidence pursuant to Federal Rule of Evidence 404(b).

Dated: December 18, 2007               Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Kevin Rooney

                                          By
                                          KEVIN ROONEY
                                          Assistant U.S. Attorney