BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07 CR 74 LJO |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO THE |
| | ) | DEFENDANT'S MOTION TO REDUCE HIS |
| v. | ) | SENTENCE |
| | ) | |
| JUAN NAVARRO, | ) | DATE: September 2, 2010 |
| | ) | TIME: 8:00 a.m. |
| Defendant. | ) | Hon. Lawrence J. O'Neill |
| | ) | |

The defendant has requested a reduction in his sentence. The defendant was sentenced on August 15, 2008 based on his guilty plea to distribution of crack cocaine in violation of 21 U.S.C. §841(a)(1).

The defendant's motion seeks relief under recently enacted amendments as opposed to the November 1, 2009 reductions in the crack sentencing guidelines.  The defendant's PSR ¶16 calculates a base offense level of 28 stemming from the defendant's distribution and possession with intent to distribute of 40.4 grams of crack.  Just as the defendant's 2008 PSR indicated, the current Sentencing Guideline, effective November 1, 2009, attribute an offense

level 28 for offenses involving 35-50 grams of crack.  <u>See</u>, Sentencing Guideline §2D1.1(c)(6).

The defendant's motion asserts that legislation effective July 28, 2010 has retroactively affected the Sentencing Guidelines.  However, a statute is not applied retroactively unless its express language calls for such application.  <u>See</u>, 1 U.S.C. § 109; <u>Warden v. Marrero</u>, 417 U.S. 653 (1974).  While a retroactive adjustment may happen in the future through a Sentencing Guideline amendment, it has not happened yet.

The defendant's motion should be denied or, alternatively, set out for some period of time to determine if the Sentencing Guidelines will be retroactively amended. The defendant's current projected release date is August 6, 2013 allowing some leeway in scheduling.

Dated: September 1, 2010                  BENJAMIN B. WAGNER
                                          United States Attorney

                                           /s/ Kevin P. Rooney
                                          By: KEVIN P. ROONEY
                                              Assistant U.S. Attorney